UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BAGROWSKI, a/k/a "Joe B,"<br><br>Defendant | Criminal No. 23cr10198<br><br>Violations:<br><br><u>Counts One and Two</u>: Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br><u>Drug Forfeiture Allegation</u>:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Distribution of and Possession with Intent to Distribute
50 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury charges:

On or about September 15, 2021, in Lowell, in the District of Massachusetts, the defendant,

JOSEPH BAGROWSKI, a/k/a "Joe B,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT TWO
### Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about September 29, 2021, in Tewksbury, in the District of Massachusetts, the defendant,

JOSEPH BAGROWSKI, a/k/a "Joe B,"

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1.    Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841, set forth in Counts One and Two, the defendant,

JOSEPH BAGROWSKI, a/k/a "Joe B,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 26, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK   at 2:55 PM

4